UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-4652 CAS (AJWx) | Date | November 28, 2011 |
|---|---|---|---|
| Title | FRESHCO FOOD SERVICE, INC. v. UNITED DISTRIBUTORS, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| RITA SANCHEZ | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers:) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15.

On October 24, 2011, the Court granted motions to withdraw as attorneys filed by the former counsel for each plaintiff Freshco Food Service, Inc., and defendant and counterclaimant United Distributors, Inc. The Court admonished both parties that as corporate entities, they would not be allowed to proceed pro se pursuant to local rule 83-2.10.1.

On November 28, 2011, the Court held a status conference regarding settlement. United Distributors' president, William R. Gerard, appeared and informed the Court that United Distributors had retained new counsel who would be substituting into the case. Neither plaintiff nor counsel on plaintiff's behalf appeared at the status conference.

In light of plaintiff's failure to appear at the status conference, and in the absence of any indication that plaintiff has retained new counsel, the Court hereby orders plaintiff to show cause within **fifteen (15)** days why its complaint should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).[1]

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | rs | | |

---

[1] The Court notes that Gerard indicated at the status conference that United Distributors, Inc. would dismiss its counterclaims concurrently with the dismissal of plaintiff's complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-4652 CAS (AJWx) | Date | November 28, 2011 |
|---|---|---|---|
| Title | FRESHCO FOOD SERVICE, INC. v. UNITED DISTRIBUTORS, INC., ET AL. | | |